

# Fourth Court of Appeals
## San Antonio, Texas

May 9, 2022

No. 04-22-00235-CV

Jim **CRAVER,**
Appellant

v.

**FAITH LUTHERAN CHURCH,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-0912-CV-E
Honorable William D. Old III, Judge Presiding

# O R D E R

The trial court signed a final appealable order on March 23, 2022. Because this is an accelerated appeal, the notice of appeal was due by April 12, 2022. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due by April 27, 2022. *See* TEX. R. APP. P. 26.3. Appellant filed his notice of appeal on April 20, 2022—within the time allowed for filing a motion for extension of time to file the notice of appeal.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

Because the notice of appeal was untimely filed but within the fifteen-day grace period, we **ORDER** appellant to file a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner **within 10 days from the date of this order**. If appellant fails to respond within the time provided, the appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

_Rebeca C. Martinez, Chief Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of May, 2022.

MICHAEL A. CRUZ, Clerk of Court